**Order entered September 12, 2018**



**In The**

# Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-18-00310-CR**
**No. 05-18-00530-CR**
**No. 05-18-00531-CR**
**No. 05-18-00532-CR**
**No. 05-18-00533-CR**
**No. 05-18-00534-CR**

**BLAKE ANTHONY ERVIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-71200-L, F17-40081-L,**
**F17-71199-L, F17-75838-L, F17-75876-L & F17-75942-L**

## ORDER

Before the Court is appellant's September 7, 2018 request to review the appellate record in order to file a pro se response to counsel's *Anders* brief. Appellant's request is **GRANTED** to the extent we **ORDER** counsel Dianne Jones-McVay to send appellant copies of the clerk's and reporter's records and to provide this Court, within **FIFTEEN DAYS** of the date of this order, with written verification that the records have been sent to appellant.

Appellant's pro se response to the *Anders* brief is due by **October 30, 2018**. If appellant does not file a pro se response by October 30, 2018, the appeals will be submitted upon the brief of counsel.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to appellate counsel Dianne Jones-McVay and to counsel for the State.

We further **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Blake Anthony Ervin, TDCJ No. 2183892, Coffield Unit, 2661 FM 2054, Tennessee Colony, Texas 75884.

/s/    LANA MYERS
          JUSTICE